**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:   JPK NEWCO, LLC,   Debtor. | Chapter 11   Case No. 25-00200 (ELG)   Subchapter V |
| DEVELOPER RE1, LLC,   Plaintiff,   v.   DP CAPITAL LLC, *et al.*,   Defendants. | Adv. Pro. No. 25-10037-ELG   State Court Case 2022-CAB-005935 |
| 423 KENNEDY ST HOLDINGS, LLC,   Plaintiff,   v.   DP CAPITAL LLC, *et al.*,   Defendants. | State Court Case 2022-CAB-005935   (State Court Cases Consolidated) |

**MOTION FOR EXPEDITED HEARING ON**
**CLAIMANTS' SECOND REMAND MOTION**

Developer RE1, LLC and 423 Kennedy St Holdings, LLC (collectively, the "Claimants"),

by counsel, hereby move this Court for entry of an order, substantially in the form of **Exhibit A** attached hereto, granting an expedited hearing (the "Motion to Expedite") pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure and Rule 9013-2 of the Local Rules of the United States Bankruptcy Court for the District of Columbia to consider the *Plaintiffs' Motion for Remand* (the "Second Remand Motion").  Pursuant to the Local Rules of this Court, the Claimants state the following as the basis for the relief sought herein:

## Expedited Hearing

1.  On May 27, 2025, JPK initiated the above-captioned proceeding under Subchapter V, of Chapter 11 of the Bankruptcy Code (the "Bankruptcy") after its prior bankruptcy case was dismissed. [Case No. 24-00262; Dkt. No. 85].  Almost immediately, thereafter, JPK, among others initiated an adversary proceeding against the Claimants [Adv. Proc. No. 25-10015] (the "Adversary") which Adversary is premised on the exact same issues which are currently before the D.C. Superior Court in two-related actions (the "Consolidated Superior Court Cases").

2.  On June 23, 2025, in opposition to JPK's litigation scheme, the Claimants filed Developer RE1, LLC's and 423 Kennedy St Holdings, LLC's Motion to Dismiss Chapter 11 Petition Filed in Bad Faith [Dkt. No. 19] (the "Motion to Dismiss").

3.  On July 28, 2025, JPK NewCo, LLC ("JPK") filed the *Debtor's Chapter 11, Subchapter V Plan of Reorganization* [Dkt. No. 31] (the "Plan"),

4.  On July 29, 2025, the Court entered the *Scheduling Order* [Dkt. No. 32] (the "Scheduling Order") in connection with the Plan.  The Scheduling Order contains deadlines for the Claimants, among others, to object to the Plan and set a confirmation hearing date for October 1, 2025.

5.  On August 1, 2025, the Claimants filed the *Developer RE1, LLC's and 423*

*Kennedy St Holdings, LLC's Objection to Subchapter V Designation* [Dkt. No. 42] (the "Designation Objection"). The Designation Objection is currently scheduled for hearing on September 3, 2025.

6. On August 20, 2025, the Claimants filed the *Motion of Developer RE1, LLC's and 423 Kennedy St Holdings, LLC for Abstention and to Dismiss or Stay Proceedings* [Dkt. No. 48] (the "Abstention Motion") which is also set for hearing on September 3, 2025.

7. On September 1, 2025, JPK again sought the removal of the Consolidated Superior Court Cases pursuant to the Notice of Removal [Dkt. No. 57] (the "Second Removal").

8. In opposition to the Second Removal, the Claimants are again seeking remand pursuant to the Second Remand Motion.

9. Given that there are numerous pending deadlines in this case, resolution of the Second Remand Motion, in conjunction with the previously scheduled Abstention Motion is appropriate.

10. Specifically, no party should be forced to incur unnecessary fees and expenses when such matters may ultimately be deemed moot.

11. Furthermore, the issues presented in the Second Remand Motion are not novel. The Court is intimately familiar with both the facts of these cases and the applicable legal standard, having previously granted the *Claimants' Renewed Motion for Remand*. *See* Adv. Proc. No. 24-10023; Dkt. No. 64.

12. Considering these matters on an expedited basis the most appropriate use of the Court's and the parties' resources.

**Notice Period**

13. The Claimants hereby request that a hearing be set on the Second Remand Motion

for September 4, 2025, at 1:30 p.m., prevailing Eastern Time, or as soon as the Court is available thereafter, so that such matters can be considered in connection with the currently scheduled Designation Objection and Abstention Motion.

14. The Claimants are also requesting that objections, if any, to the Second Remand Motion be filed on or before 12:00 p.m. on September 3, 2025, to allow the Claimants to prepare for the hearing on the same.

15. Given the totality of the circumstances and nonprejudicial effect of the relief requested, the Claimants requests that the Court reduce the notice period as provided for herein.

### Notice Parties

16. A copy of this Motion to Expedite has been provided to all necessary parties via CM/ECF. The Trustee submits that no other or further notice is required.

**WHEREFORE**, the Claimants request that the Court to grant an expedited hearing with respect to the Second Remand Motion and award any further relief the Court deems proper.

Dated: September 1, 2025

**DEVELOPER RE1, LLC AND
423 KENNEDY ST HOLDINGS, LLC,**

/s/ *Jeremy S. Williams*
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

James D. Sadowski (VSB No. 38326)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006

4903-0651-0692.1

                                                  Phone: (202) 452-1400
                                                  Fax: (202) 452-1410
                                                  Email: jds@gdllaw.com

                                                  *Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

    Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on August 20, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all necessary parties.

                                                  */s/ Jeremy S. Williams*
                                                            Counsel

# EXHIBIT A

**Proposed Order**

4903-0651-0692.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| JPK NEWCO, LLC, ) | Case No. 25-00200 (ELG) |
| ) | |
| Debtor. ) | Subchapter V |
| ) | |
| DEVELOPER RE1, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 25-10037-ELG |
| ) | State Court Case 2022-CAB-005935 |
| DP CAPITAL LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| 423 KENNEDY ST HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | State Court Case 2022-CAB-005935 |
| v. ) | (State Court Cases Consolidated) |
| ) | |
| DP CAPITAL LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING**

THIS MATTER comes before the Court upon the *Motion for Expedited Hearing on Claimants' Second Remand Motion* (the "Motion to Expedite") filed by filed by Developer RE1,

4903-0651-0692.1

LLC and 423 Kennedy St Holdings, LLC (collectively, the "Claimants"), and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157; and this Court having found that venue of this proceeding and the Motion to Expedite in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Expedite is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and the Claimants having provided appropriate notice of the Motion to Expedite and the opportunity for a hearing on the Motion to Expedite under the circumstances; and this Court having reviewed the Motion to Expedite; and this Court having determined that the legal and factual bases set forth in the Motion to Expedite establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1. The Motion to Expedite is granted as set forth herein.

2. The *Plaintiffs' Motion for Remand* (the "Second Remand Motion") shall be heard on an expedited basis on September 4, 2025, at 1:30 p.m., prevailing Eastern Time.

3. Objections to the Second Remand Motion shall be filed on or before 12:00 p.m. on September 3, 2025.

4. The Claimants are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion to Expedite.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Order submitted by:

/s/ *Jeremy S. Williams*
**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

4903-0651-0692.1