| | |
|---|---|
| **KUTAK ROCK LLP** | **GREENSTEIN DELORME & LUCHS, P.C.** |
| **KUTAK ROCK LLP** | James D. Sadowski (DC 446635) |
| Jeremy S. Williams (DC 994825) | Alexandria J. Smith (DC 1781067) |
| 1021 East Cary Street, Suite 810 | 801 17th Street, N.W., Suite 1000 |
| Richmond, Virginia 23219 | Washington, D.C. 20006 |
| Phone: (804) 644-1700; Fax: (804) 783-6192 | Phone: (202) 452-1400; Fax: (202) 452-1410 |
| *Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC* | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Chapter 11 |
| JPK NEWCO, LLC, | Case No. 25-00200 (ELG) |
| Debtor. | |
| DEVELOPER RE1, LLC, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-10037-ELG |
| | State Court Case 2022-CAB-005935 |
| DP CAPITAL LLC, *et al*, | |
| Defendants. | |
| 423 KENNEDY ST HOLDINGS, LLC, | |
| Plaintiff, | |
| v. | State Court Case 2022-CAB-005935 |
| | (State Court Cases Consolidated) |
| DP CAPITAL LLC, *et al*, | |
| Defendants. | |

## PLAINTIFFS' STATEMENT THAT THEY DO NOT CONSENT
## TO THE ENTRY OF FINAL ORDERS OR JUDGMENT

Developer RE1, LLC ("RE1") and 423 Kennedy St Holdings, LLC ("423 Kennedy" and

together with RE1, the "Plaintiffs"), by counsel, file this statement under Fed. R. Bankr. P.

9027(e)(3). Plaintiffs do not consent to this Court issuing any final orders or judgment as to the removed cases.

| | |
|---|---|
| Dated: September 15, 2025 | **DEVELOPER RE1, LLC AND 423 KENNEDY ST HOLDINGS, LLC,** |
| | /s/ James D. Sadowski |
| | James D. Sadowski (DC 446635) |
| | Alexandria J. Smith (DC 1781067) |
| | GREENSTEIN DELORME & LUCHS, P.C. |
| | 801 17th Street, N.W., Suite 1000 |
| | Washington, D.C. 20006 |
| | Phone: (202) 452-1400 |
| | Fax: (202) 452-1410 |
| | Email: jds@gdllaw.com |
| | |
| | Jeremy S. Williams (DC 994825) |
| | KUTAK ROCK LLP |
| | 1021 East Cary Street, Suite 810 |
| | Richmond, Virginia  23219 |
| | Telephone: (804) 644-1700 |
| | Facsimile: (804) 783-6192 |
| | Email: jeremy.williams@kutakrock.com |
| | |
| | *Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2025, a true copy of the foregoing was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

2

8161\0002\4905-9866-3017.v1