# United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
## Adversary Proceeding #: 25-10037-ELG

*Assigned to:* Bankruptcy Judge Elizabeth L. Gunn
*Lead BK Case:* 25-00200
*Lead BK Title:* JPK Newco, LLC
*Lead BK Chapter:* 11
*Demand:*

*Nature[s] of Suit:* 01 Determination of removed claim or cause

*Date Filed:* 09/01/25

### Plaintiff
-----------------------
**Developer RE1 LLC**
1629 K Street NW
Suite 300
Washington, DC 20006

represented by **James D. Sadowski**
Greenstein DeLorme & Luchs, PC
801 17th Street, N.W.
Suite 1000
Washington DC, DC 20006
202-452-1400
Fax : 202-452-1410
Email: jds@gdllaw.com
*LEAD ATTORNEY*

**Jeremy S. Williams**
Kutak Rock LLP
1021 East Cary Street
Suite 810
Richmond, VA 23219
804-343-5257
Email: jeremy.williams@kutakrock.com

### Plaintiff
-----------------------
**423 Kennedy St Holdings LLC**
1629 K Street, NW
Suite 300
Washington, DC 20006

represented by **James D. Sadowski**
(See above for address)
*LEAD ATTORNEY*

**Jeremy S. Williams**
(See above for address)

V.

### Defendant
-----------------------
**DP Capital LLC**

represented by **Maurice Belmont VerStandig**
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854

301-444-4600
Email: mac@mbvesq.com

*Defendant*
-----------------------
**Russell Drazin**
Pardo Drazin LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015

represented by **Maurice Belmont VerStandig**
(See above for address)

*Defendant*
-----------------------
**Daniel Huertas**
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012

represented by **Maurice Belmont VerStandig**
(See above for address)

*Defendant*
-----------------------
**SF NU, LLC**
c/o The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012

represented by **Maurice Belmont VerStandig**
(See above for address)

*Defendant*
-----------------------
**WCP Fund I LLC**
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012
301-444-4600

represented by **Maurice Belmont VerStandig**
(See above for address)

*Defendant*
-----------------------
**JPK NewCo LLC**
8401 Greensboro Drive
Suite 960
McLean, VA 22102

represented by **Maurice Belmont VerStandig**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 09/01/2025 | 1 (5941 pgs; 4 docs) | Adversary case 25-10037. Notice of Removal by Developer RE1 LLC, 423 Kennedy St Holdings LLC. Fee Amount $350 (Attachments: # 1 Exhibit A - All Docket Entries (Part I) # 2 Exhibit A - All Docket Entries (Part II) # 3 Exhibit A - All Docket Entries (Part III)) (01 (Determination of removed claim or cause)) (VerStandig, Maurice) (Entered: 09/01/2025) |
| 09/01/2025 | 2 | Receipt of Notice of Removal( 25-10037-ELG) [cmp,ntcrmvl] ( 350.00) Filing Fee. Receipt numberA2866663. Fee Amount 350.00 (re:Doc# 1) (U.S. Treasury) (Entered: 09/01/2025) |
| 09/01/2025 | 3 (12 pgs) | Motion for Remand Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Williams, Jeremy) (Entered: 09/01/2025) |
| 09/01/2025 | 4 (9 pgs) | Motion *for Expedited Hearing on Claimants' Second Remand Motion* Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Re: Related Document(s) #:3 Motion for Remand.) (Williams, Jeremy) (Entered: 09/01/2025) |
| 09/04/2025 | 5 | Minute Entry RE: Hearing Held. (Re: Related Document: 4 Motion for Expedited Hearing.) Appearances: Maurice VerStandig, Jeremy Williams. Motion for Expedited Hearing Resolved, Motion for Remand to be Noticed by Filer. (Mathewes, Aimee) (Entered: 09/05/2025) |
| 09/05/2025 | 6 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/4/2025 12:06:49 PM ]. File Size [ 25008 KB ]. Run Time [ 00:52:06 ]. (Audio Duplicate Docket.). (admin). (Entered: 09/06/2025) |
| 09/15/2025 | 7 (2 pgs) | Objection *and Statement of No Consent to Final Orders* Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Re: Related Document(s) #:1 Notice of Removal.) (Sadowski, James) (Entered: 09/15/2025) |

### PACER Service Center
#### Transaction Receipt
10/05/2025 16:27:45

| PACER Login: | alexjean1018 | Client Code: | 8161-0002 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 25-10037-ELG Fil or Ent: filed Doc From: 0 Doc To: 99999999 |

|  |  |  | Format:html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.20 |