# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| **JPK Newco, LLC** ) | Case No. 25-00200-ELG |
| ) | (Chapter 11) |
| Debtor ) | |
| _____ ) | |
| ) | |
| **Developer RE1 LLC, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adversary Proceeding No. |
| ) | 25-10037-ELG |
| **DP Capital LLC, et al.** ) | |
| ) | |
| Defendants ) | |
| ) | |

## TRANSMITTAL OF MOTION TO WITHDRAW REFERENCE

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Record of Motion to Withdraw Reference in the above-captioned adversary proceeding.

**The parties to the order appealed and their respective attorneys are as follows:**

| Plaintiff(s) | Attorney(s) |
|---|---|
| **Developer RE1 LLC**<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20006 | **James D. Sadowski**<br>Greenstein DeLorme & Luchs, PC<br>801 17th Street, N.W.<br>Suite 1000<br>Washington DC, DC 20006<br>202-452-1400<br>Fax : 202-452-1410<br>Email: jds@gdllaw.com |

| | |
|---|---|
| **423 Kennedy St Holdings LLC**<br>1629 K Street, NW<br>Suite 300<br>Washington, DC 20006 | **Alexandria Jean Smith**<br>Greenstein DeLorme and Luchs PC<br>801 17th Street NW<br>Suite 1000<br>Washington, DC 20006<br>202-452-1400<br>Email: ajs@gdllaw.com<br><br>**Jeremy S. Williams**<br>Kutak Rock LLP<br>1021 East Cary Street<br>Suite 810<br>Richmond, VA 23219<br>804-343-5257<br>Email: jeremy.williams@kutakrock.com<br><br>**James D. Sadowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Alexandria Jean Smith**<br>(See above for address)<br><br>**Jeremy S. Williams**<br>(See above for address) |
| **Defendant(s)** | **Attorney** |
| **DP Capital LLC** | **Maurice Belmont VerStandig**<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854<br>301-444-4600<br>Email: mac@mbvesq.com |
| **Russell Drazin**<br>Pardo Drazin LLC<br>4400 Jenifer Street, NW<br>Suite 2<br>Washington, DC 20015 | **Maurice Belmont VerStandig**<br>(See above for address) |

| | |
|---|---|
| **Daniel Huertas**<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012 | **Maurice Belmont VerStandig**<br>(See above for address) |
| **SF NU, LLC**<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012 | **Maurice Belmont VerStandig**<br>(See above for address) |
| **WCP Fund I LLC**<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012<br>301-444-4600 | **Maurice Belmont VerStandig**<br>(See above for address) |
| **JPK NewCo LLC**<br>8401 Greensboro Drive<br>Suite 960<br>McLean, VA 22102 | **Maurice Belmont VerStandig**<br>(See above for address) |

**Documents related to the motion to withdraw the reference include:**

| DE# | Document | Filer |
|---|---|---|
| 1 | Adversary case 25-10037. Notice of Removal. | Developer RE1 LLC, 423 Kennedy St Holdings LLC |
| 3 | Motion for Remand. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 4 | Motion for Expedited Hearing on Claimants' Second Remand Motion. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |

| 7 | Objection and Statement of No Consent to Final Orders. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| --- | --- | --- |
| 11 | Motion for Withdrawal of Reference. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 13 | Opposition. | DP Capital LLC, Russell Drazin, Daniel Huertas, JPK NewCo LLC, SF NU, LLC, WCP Fund I LLC |
| 14 | Reply | 423 Kennedy St Holdings LLC, Developer RE1 LLC |

**Other comments:**

Motion for Withdrawal of Reference fee amount was paid 10/08/2025, Receipt No. A2881069.

Dated: 10/30/2025

Angela D. Caesar
Clerk of the Court

By: /s/ Claude Alde
Deputy Clerk