**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** <br> **JPK NEWCO, LLC,** <br>         Debtor. | **Case No. 25-00200-ELG** <br><br> **Chapter 11** |
| **JPK NEWCO, LLC, et al.** <br>         Plaintiffs, <br><br> v. <br><br> **DEVELOPER RE1, LLC, et al.** <br>         Defendants. | **Adv. Pro. No. 25-10015-ELG** |
| **DEVELOPER RE1, LLC, et al.** <br>         Plaintiffs, <br><br> v. <br><br> **RUSSELL DRAZIN, et al.** <br>         Defendants. | **Adv. Pro. No. 25-10037-ELG** |

**ORDER APPOINTING JUDICIAL MEDIATOR**

The Court having considered the *Joint Motion to Appoint Judicial Mediator* (ECF No. 79) filed by Developer RE1, LLC and 423 Kennedy St. Holdings, LLC (together, the "Creditors"); JPK NewCo, LLC (the "Debtor"); and WCP Fund I LLC, SF NU, LLC, Russell Drazin, DP Capital

LLC, and Daniel Huertas (collectively, the "WCP Parties," and together with the Debtor and Creditors, the "Parties"), and having determined that judicial mediation is appropriate in the above-captioned adversary proceeding, it is **ORDERED, ADJUDGED AND DECREED** that:

1. The Honorable Kevin R. Huennekens is appointed as a judicial mediator (the "Mediator") in this matter. The Mediator shall have full authority to settle matters and to enter any orders necessary in furtherance of his settlement efforts.

2. The mediation processes and procedures and the duties of the Parties shall be determined by the Mediator.

3. The Parties shall comply with the Mediator's directions regarding the exchange of information and/or submission of memoranda or mediation statements should the Mediator so require.

4. Unless otherwise ordered by the Mediator in the Mediator's sole discretion, in addition to counsel, an authorized representative of each party with full and complete settlement authority shall attend the mediation.

5. No party shall be bound by anything said and/or done during the mediation unless either a written and signed stipulation is entered into, or the Parties enter into a written and signed agreement.

6. The mediation shall be considered a settlement negotiation for the purpose of all federal and state rules protecting disclosures made during such conferences from later discovery or use in evidence. The entire procedure shall be confidential, and no stenographic or other record shall be made except to memorialize a settlement record. All communications and conduct, oral or written, during the mediation by any party or a party's agent, employee, or attorney are confidential and, where appropriate, are to be considered work product and privileged. Such conduct,

statements, promises, offers, views and opinions shall not be subject to discovery or admissible for any purpose, including impeachment, in any litigation or other proceeding involving the parties; provided, however, that evidence otherwise subject to discovery or admissible is not excluded from discovery or admission in evidence simply as a result of it having been used in connection with the mediation.

7. The Mediator shall retain the same immunity as he has as a judge under Federal law and the common law from liability for any act or omission in connection with the mediation, and from compulsory process to testify or produce documents in connection with the mediation.

8. The Parties shall provide a report (the "Mediation Report") to the Court of the results of the mediation immediately upon the conclusion of the mediation. Any resolution that is reached will be subject to Court approval after notice and opportunity for hearing in accordance with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

9. The Court will retain jurisdiction over any matters related to or arising from the mediation.

10. The Clerk shall docket this Order in Adversary Proceeding Nos. 25-10015-ELG and 25-10037-ELG (together, the "Adversary Proceedings").

11. Any deadlines or hearings in the instant case, including but not limited to the *Objection to Subchapter V Designation* (ECF No. 42), *Motion to Suspend Confirmation Deadlines* (ECF No. 52), and the *Motion to Compel Discovery Responses* (ECF No. 71), and in the Adversary Proceedings[1] shall be stayed pending completion of the mediation.

[Signed and dated above.]

---

[1] Out of an abundance of caution, the Court notes that this Order continues generally any matters current set for November 5, 2025 or November 13, 2025 in the instant case or in the Adversary Proceedings.

**Copies to:**

Jeremy S. Williams
Kutak Rock LLP
1021 East Cary Street, Suite 810
Richmond, VA 23219

James D. Sadowski
Greenstein Delorme & Luchs, P.C.
801 17th Street NW, Suite 1000
Washington, D.C. 20006

Maurice B. VerStandig
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy #665
Henderson, NV 89012

United States Bankruptcy Court

District of Columbia

Developer RE1 LLC,
    Plaintiff

DP Capital LLC,
    Defendant

Adv. Proc. No. 25-10037-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1        User: admin        Page 1 of 3
Date Rcvd: Oct 31, 2025        Form ID: pdf001        Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | 423 Kennedy St Holdings LLC, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631 |
| dft | + | Daniel Huertas, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| pla | + | Developer RE1 LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| dft | + | JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| dft | + | Russell Drazin, Pardo Drazin LLC, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| dft | + | SF NU, LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| dft | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 31 2025 22:07:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 31 2025 22:01:11 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2025 22:07:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 31 2025 22:01:13 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 31 2025 22:07:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 31 2025 22:07:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 31 2025 22:07:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

Case 25-10037-ELG   Doc 17   Filed 11/02/25   Entered 11/02/25 23:04:30   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0090-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2025 | Form ID: pdf001 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | DP Capital LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com  rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com  rwl@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com |
| Jeremy S. Williams | on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Maurice Belmont VerStandig | on behalf of Defendant Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Daniel Huertas mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant SF NU  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant WCP Fund I LLC mac@mbvesq.com |

District/off: 0090-1 User: admin Page 3 of 3
Date Rcvd: Oct 31, 2025 Form ID: pdf001 Total Noticed: 16

lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 12