```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Maurice Belmont VerStandig (christa@mbvesq.com, mac@mbvesq.com), James
Donald Sadowski (ebm@gdllaw.com, jds@gdllaw.com, mer@gdllaw.com), Judge Amir H. Ali
(aha_dcdecf@dcd.uscourts.gov, andriea_hill@dcd.uscourts.gov, emily_davidson@dcd.uscourts.gov,
everest_fang@dcd.uscourts.gov, justin_walker@dcd.uscourts.gov,
michael_torcello@dcd.uscourts.gov, sabrine_djemil@dcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<9808469@dcd.uscourts.gov>
Subject:Activity in Case 1:25-mc-00160-AHA IN RE JPK NEWCO LLC Motion to Withdraw Reference
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/30/2025 at 1:54 PM and filed on 10/30/2025
**Case Name:**     IN RE JPK NEWCO LLC
**Case Number:**   1:25-mc-00160-AHA
**Filer:**         423 KENNEDY ST HOLDINGS LLC
                   DEVELOPER RE1 LLC
**Document Number:** 1

**Docket Text:**
**MOTION to Withdraw Reference by 423 KENNEDY ST HOLDINGS LLC, DEVELOPER RE1 LLC. (Attachments: # (1) Part 1, # (2) Part 2, # (3) Part 3, # (4) Part 4, # (5) Part 5, # (6) Part 6)(znmw)**


**1:25-mc-00160-AHA Notice has been electronically mailed to:**

James Donald Sadowski     jds@gdllaw.com, ebm@gdllaw.com, mer@gdllaw.com

Maurice Belmont VerStandig     mac@mbvesq.com, christa@mbvesq.com

**1:25-mc-00160-AHA Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-0

] [8ef117de5fb9bb781c640624ac1d44f61e0209dd84c0994c474c0b0821b082722bf
0e0c0310f428b9bbcc7769b60e703feb713957c1f8cac13e7ef9132d83818]]

**Document description:** Part 1
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-1
] [1831b28e85ae2bc271256cfa56d637d70b695c536c7b1503e1cd33c3b8852dbbca0
2580e951f70a629ef7da66cc4b4a2415e04f3d248cf730697118ee457e635]]

**Document description:** Part 2
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-2
] [113ba199eb4533eecfe729de45648c4b545c509948d0146fbad2a8e71bd56141001
34321b32ec1c3ac2344fa664d0cfde67cb9e84cd7d3e8d9fd91da38291761]]

**Document description:** Part 3
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-3
] [68e21be05533e6f733f322f3c61578f7ff8a0b300c82cab7959398ddfbbea4aa16d
9c72262dba2958c828dacb11295762ce2600b51e3afce33c7ffb6b2946bd5]]

**Document description:** Part 4
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-4
] [42a6d1ecc24976aa1996998545517725aca825500f0085717ac8b987700ddb08892
9d52ad378a10c843ce919cc4c0d0ad00f74b82eded3cd0ec5b2d6eaba5b5f]]

**Document description:** Part 5
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-5
] [498faba8c234d49caf776cdedc8cb5645d2a168af87a5d35b21ee1827b140f06717
aa8f6e18ab4370d6706579fb4e1550b34c798c617c94e71792f8cdf21dce7]]

**Document description:** Part 6
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808467-6
] [663a363fb37ea416b8b351d4d16fd2dde12696139e80e22c463650081e9e5ea1b0b
4332acd91472305d3edc151d6ab22186cf29f437a1cf2e2874d26c3d7357f]]