

**From:** mel negussie <mel@ntconstruction.net>
**Sent:** Monday, April 20, 2026 2:08 AM
**To:** Rob Bloemker <rob@1sharpe.com>; David Niehaus <david@1sharpe.com>; Feng Wang <feng@1sharpe.com>
**Cc:** Bala Sure <balasure@gmail.com>
**Subject:** Re: 423 Kennedy (Washington DC) & 1Sharpe

Dear Rob, David, and Feng,

I hope you are all well. I am writing because the 423 Kennedy Street NW construction project has now been stalled for approximately 3.5 years, and the property is deteriorating as a result. This continued deterioration is not in the interest of 1Sharpe as conduit financier, nor of 423 Kennedy St Holdings LLC as the current owner of the property. I would welcome the opportunity to speak with you at your convenience regarding the email below.

Thank you,
Mel

---

**From:** mel negussie <mel@ntconstruction.net>
**Date:** Sunday, November 16, 2025 at 2:36 PM
**To:** rob@1sharpe.com <rob@1sharpe.com>, david@1sharpe.com <david@1sharpe.com>, feng@1sharpe.com <feng@1sharpe.com>
**Cc:** Bala Sure <balasure@gmail.com>
**Subject:** 423 Kennedy (Washington DC) & 1Sharpe

Dear Rob, David, and Feng,
We wanted to reach out regarding a matter that we believe 1Sharpe may not be receiving the full or accurate picture on.
WCP declared a "default" on the 423 Kennedy Street NW project—our understanding is that 1Sharpe was the conduit-financier—as well as another property, 71 Kennedy (Developer RE1). Although 1Sharpe is not the conduit financier for 71 Kennedy, both defaults were issued simultaneously, seemingly to leverage one project against the other in an attempt to recoup losses from an entirely unrelated WCP-funded venture.
The catalyst came when WCP's CEO, Daniel Huertas, abruptly declared both loans in default after Mel Negussie declined to cover a $700,000 shortfall on another unrelated project—2507 I Street NW—which has no connection to either 423 or 71 Kennedy. While 1Sharpe was not the conduit lender for 71 Kennedy, the same conduit investor was behind both 2507 I Street project and 71 Kennedy property. Because Mel Negussie was the common denominator among the three projects, WCP cut off construction draws for 423 Kennedy and issued default notices on both 423 and 71 Kennedy.
For 423 Kennedy, the supposed default was based on a $1,500 D.C. grass-cutting infraction—an issue resolved immediately upon receipt of notice. Despite the loan being fully current at the time, WCP attempted to foreclose on 423 Kennedy (a development with over $14 million in total project cost) over this minor matter, even though its own actions—cutting off draws and asserting baseless defaults—caused the disruption. Attached is the Amended Complaint documenting these facts.
Before the case was removed to bankruptcy court by WCP, the D.C. Superior Court validated our position. In *423 Kennedy St Holdings LLC v. DP Capital* (now consolidated with the 71 Kennedy matter), the Court granted an injunction halting WCP's foreclosure, finding that WCP's asserted default was a "pretext". The Court also found Mel Negussie to be "very credible" witness and concluded that WCP appeared to be attempting to "gain control" of the nearly completed 423 Kennedy project. The Court's Order is attached.
Following the Superior Court's ruling, WCP created a new entity, JPK NewCo, assigned its second deeds of trust for both the 423 Kennedy project and the 71 Kennedy property to this newly created entity, and then filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code. This was the second bankruptcy filing involving JPK NewCo with these same properties within one year, the prior case having been dismissed.
WCP's conduct stands in sharp contrast to 1Sharpe Ventures' stated mission—to invest with integrity, create positive impact, and deliver meaningful value to all stakeholders. The 423 Kennedy project is supported not by

institutions but by 44 small individual investors. WCP's actions are inconsistent with the principles of fairness, partnership, and responsible investment that 1Sharpe promotes.

We genuinely believe 1Sharpe has not been receiving accurate information from WCP. We would welcome the opportunity to speak directly with you to ensure you have the complete and factual context.

Thank you for your time and consideration.

Sincerely,

*Mel Negussie & Bala Sure*

Managing Members – 423 Kennedy St Holdings LLC & Developer RE1 LLC

1629 K Street NW, Suite 300 | Washington, DC 20006-1631

Cell: (202) 271-5046

CAUTION: This sender is from outside your organization

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.