Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for the Defendants*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| JPK NewCo LLC, ) | Case No. 25-200-ELG |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| ) | |
| Developer RE1 LLC, *et al.* ) | Adv. Case No. 25-10037-ELG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DP Capital LLC, *et al*. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION TO DISSOLVE INJUNCTIONS, OPPORTUNITY TO OBJECT, AND HEARING THEREUPON

NOTICE IS HEREBY GIVEN that the DP Capital, LLC, WCP Fund I LLC, Daniel Huertas, SF NU, LLC, Russell Drazin and JPK NewCo LLC have filed a motion to dissolve the injunctions issues in these consolidated cases or, in the alternative, to condition the continuance of the injunctions on each plaintiff posting a bond of not less than $2,000,000.00.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE MAY 8, 2026, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk

1

of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the motions has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for May 13, 2026 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

Respectfully submitted,

Dated: April 23, 2026          By:     /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The VerStandig Law Firm, LLC
                                        9812 Falls Road, #114-160
                                        Potomac, Maryland 20854
                                        Phone: (301) 444-4600
                                        mac@mbvesq.com
                                        *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig