**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| JPK NEWCO, LLC, | ) Case No. 25-00200 (ELG) |
| | ) |
| Debtor. | ) Subchapter V |
| | ) |

|  |  |
|---|---|
| JPK NEWCO, LLC, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 25-10015 (ELG) |
| | ) |
| DEVELOPER RE1, LLC, *et al*, | ) |
| | ) |
| Defendants | ) |

|  |  |
|---|---|
| DEVELOPER RE1, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Proc. No. 25-10037-ELG |
| | ) State Court Case 2022-CAB-005935 |
| DP CAPITAL LLC, et al, | ) |
| | ) |
| Defendants. | ) |

|  |  |
|---|---|
| 423 KENNEDY ST HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) State Court Case 2023-CAB-004260 |
| | ) (Consolidated with 2022-CAB-005935) |
| DP CAPITAL LLC, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT MEDIATION REPORT

The parties are providing this Joint Mediation Report pursuant to the Court's Order Appointing Judicial Mediator dated October 31, 2025.

1. All parties involved in this case agreed to participate in a judicial mediation before the Honorable Kevin R. Huennekens, who is a retired judge from the U.S. Bankruptcy Court for the Eastern District of Virginia.

2. The mediation was held on Friday, January 19, 2026 (at 10:00 a.m.) at the bankruptcy courthouse in Richmond, VA.

3. Although no agreement was reached at the mediation, the mediation was still productive and settlement negotiations continued, but the continued settlement negotiations eventually stalled and did not result in any agreement.

4. At this point, the parties consider the judicial mediation to be concluded.

**DEVELOPER RE1, LLC AND 423 KENNEDY ST HOLDINGS, LLC,**

Dated:  June 9, 2026

/s/ James D. Sadowski
James D. Sadowski (DC 446635)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone:  (202) 452-1400; Fax: (202) 452-1410
Email:  jds@gdllaw.com

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia  23219
Phone:  (804) 644-1700; Fax: (804) 783-6192
Email:  jeremy.williams@kutakrock.com

2

8161\0002\4899-0817-9891.v1

**JPK NEWCO LLC, WCP FUND I LLC, SF NU, LLC, RUSSEL DRAZIN, DP CAPITAL LLC AND DANIEL HUERTAS**

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy., #665
Henderson, NV  89012
Telephone:  (301) 444-4600
Email:  mac@mbvesq.com

*Special Counsel for JPK NewCo, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2026, a true copy of the foregoing Mediation Report was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski

8161\0002\4899-0817-9891.v1