**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**JPK NEWCO, LLC**,<br><br>*Debtor.* | Case No.: 25-00200-ELG<br><br>Chapter 11 |
| **DEVELOPER RE1 LLC**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DP CAPITAL LLC**, *et al.*,<br><br>*Defendants*. | Adv. Pro. No.: 25-10037-ELG |

**ENTRY OF APPEARANCE FOR WCP DEFENDANTS**

Please enter the appearances of Steven J. Willner, Esq. and Neuberger, Quinn, Gielen, Rubin & Gibber, P.A. as counsel of record for Defendants, DP Capital LLC, Daniel Huertas, and WCP Fund I LLC (the "**WCP Defendants**").

Respectfully submitted,

*/s/ Steven J. Willner*

Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN**
**RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8594
sjw@nqgrg.com

*Attorneys for the WCP Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 2nd day of September 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

*/s/ Steven J. Willner*
Steven J. Willner (Bar No. 888230698)