UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>Debtor. | Case No.: 25-00200-ELG<br><br>Purported Chapter 11 |
| JPK NEWCO, LLC, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DEVELOPER RE1, LLC. ET AL.,<br><br>*Defendants.* | Adv. Proc. No. 25-10015-ELG |
| DEVELOPER RE1, LLC. ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DP CAPITAL, LLC, ET AL.,<br><br>*Defendants.* | Adv. Proc. No. 25-10037-ELG<br>State Court Case 2022-CAB-005935 |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO MOTION FOR STAYS, TO ISSUE A SCHEDULING ORDER, AND TO SET AN EVIDENTIARY HEARING**

NOTICE IS HEREBY GIVEN that Developer RE1 LLC ("Developer RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy") (collectively, "Movants"), by undersigned counsel, have filed a Motion for Stays, to Issue a Scheduling Order, and to Set an Evidentiary Hearing ("Motions"). The Motions seek stays, the issuance of a Scheduling Order, and the setting of an

evidentiary hearing on the previously filed Motion to Dismiss for Bad Faith (ECF. No. 19 in 25-00200-ELG).

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

NOTICE OF DEADLINE TO OBJECT: If you do not want the court to grant the Motions, or if you want the Court to consider your views on the Motions, then on or before **October 7, 2026,** you or your attorney must file with the Court a written objection to the Motions, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above. You must also mail a copy of your objection to:

James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, DC 20006
*Counsel for Plaintiffs Developer RE1, LLC*
*and 423 Kennedy St. Holdings, LLC*

NOTICE OF HEARING: A hearing on the Motions has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **October 14, 2026 at 10:00 a.m.** The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy

Court for the District of Columbia, E. Barrett Prettyman Courthouse, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing expectations. For the Zoom meeting code, you may contact Courtroom Deputy Aimee Mathewes by email at Aimee_Mathewes@dcb.uscourts.gov.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting the relief requested. Parties in interest with questions may contact the undersigned.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: September 23,2026

/s/ James D. Sadowski
James D. Sadowski, DC Bar. No. 446635
Alexandria J. Smith, DC Bar. No. 1673542
801 17th Street, N.W. - Suite 1000
Washington, DC 20006
Telephone: (202) 452-1400 ext. 5407
Email: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Plaintiffs Developer RE1, LLC and 423 Kennedy St. Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day September, 2026, a true copy of this Notice of Hearing and Opportunity to Object to Motion for Stays, to Issue a Scheduling Order, and to Set an Evidentiary Hearing was filed electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski