UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVELOPER RE1, LLC. ET AL.,<br>*Plaintiffs,*<br>v.<br>DP CAPITAL, LLC, ET AL.,<br>*Defendants*. | Adv. Proc. No. 25-10037-ELG |

**PLAINTIIFFS' LIST OF WITNESSES**
**FOR THE PRELIMINARY INJUNCTION HEARING**

Developer RE1 LLC ("RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy", and together with RE1, "Plaintiffs"), hereby file their list of witnesses for the Preliminary Injunction Hearing set for October 19, 2026 at 10:00 a.m. (the "Hearing"):

1. The Plaintiffs reserve the right to call Melaku ("Mel") Negussie.

2. The Plaintiffs reserve the right to call Bala Sure.

3. The Plaintiffs reserve the right to call Daniel Huertas.

4. The Plaintiffs reserve the right to call Russell Drazin.

5. The Plaintiffs reserve the right to examine or cross-examine any witness called by any other party.

6. The Plaintiiffs reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

7. The Plaintiffs also reserve their right: to call any witness or submit any declaration necessary to establish the authenticity or admissibility of documents; to call any

witness identified by any other party; to cross examine any witness called by another party; and to call rebuttal witnesses

8. The Plaintiffs finally reserve their rights to argue that this Court should not be moving forward with the Hearing given the stay request, the bad faith filing by JPK NewCo, LLC, and given the prior posture of the Consolidated Superior Court cases at the time of removal.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 12, 2026

/s/ James D. Sadowski

James D. Sadowski (DC Bar #446635)
Alexandria J. Smith (DC Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Emails: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Plaintiffs Developer RE1 LLC and 423 Kennedy St Holdings LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this12th day of October, 2026, a true copy of the foregoing Witness List was filed electronically and a Notice of Electronic Filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski

James D. Sadowski