UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVELOPER RE1, LLC. ET AL.,<br>*Plaintiffs,*<br>v.<br>DP CAPITAL, LLC, ET AL.,<br>*Defendants.* | Adv. Proc. No. 25-10037-ELG |

## PLAINTIIFFS' LIST OF EXHIBITS FOR THE PRELIMINARY INJUNCTION HEARING

Developer RE1 LLC ("RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy", and together with RE1, "Plaintiffs"), hereby file their list of Exhibits for the Preliminary Injunction Hearing set for October 19, 2026 at 10:00 a.m. (the "Hearing"):

EXHIBITS

The Plaintiffs may introduce the following Exhibits at the Hearing:

| EXH # | EXHIBIT DESCRIPTION | OBJ. | I.D. | ADM. |
|---|---|---|---|---|
| | | | | |
| 1. | Fist Deed of Trust (RE1) | | | |
| 2. | Second Deed of Trust (RE1) | | | |
| 3. | First Deed of Trust Note (RE1) | | | |
| 4. | Second Deed of Trust Note (RE1) | | | |
| 5. | Fist Deed of Trust (423 Kennedy) | | | |
| 6. | Second Deed of Trust (423 Kennedy) | | | |
| 7. | First Deed of Trust Note (423 Kennedy) | | | |
| 8. | Second Deed of Trust Note (423 Kennedy) | | | |

| EXH # | EXHIBIT DESCRIPTION | OBJ. | I.D. | ADM. |
|---|---|---|---|---|
| 9. | Clean Payoff Statement for 423 Kennedy dated October 24, 2022 | | | |
| 10. | Clean Payoff Statement for 423 Kennedy dated October 24, 2022; | | | |
| 11. | Daniel Huertas email to Mel Negussie dated 11/3/22 (noting no extensions for RE1 and no draws for 423 Kennedy | | | |
| 12. | Daniel Huertas email to Mel Negussie dated 11/15/22 (cutting off all construction draws to 423 Kennedy) | | | |
| 13. | Daniel Huertas email exchanges with Mel Negussie dated 11/17/22 (regarding refinancing status) | | | |
| 14. | Clean Payoff Statement for 423 Kennedy dated November 21, 2022 | | | |
| 15. | Clean Payoff Statement for 423 Kennedy dated November 21, 2022 | | | |
| 16. | Mel Negussie email to WCP dated 11/30/22 asking for payoff statements for RE1 | | | |
| 17. | WCP reply email dated 11/30/22 | | | |
| 18. | Email from Leslie Calderas to Mel Negussie (Demand for Payoffs) dated 12/08/22 | | | |
| 19. | Notice of Default for 423 Kennedy dated December 8, 2022 | | | |
| 20. | Notice of Default for Developer RE1 dated December 8, 2022 | | | |
| 21. | Default Payoff Statement dated December 8, 2022 (1st DOT – RE1) | | | |
| 22. | Default Payoff Statement dated December 8, 2022 (2nd DOT – RE1) | | | |
| 23. | Default Payoff Statement dated December 8, 2022 (1st DOT – 423 Kennedy) | | | |
| 24. | Default Payoff Statement dated December 8, 2022 (2nd DOT – 423 Kennedy) | | | |
| 25. | Russell Drazin email to J. Sadowski dated 12/09/22 | | | |
| 26. | OAH Final Order to 423 Kennedy | | | |
| 27. | OAH Cover Sheet | | | |
| 28. | Receipt for payment of $1,657.43 for NOI VR22-00182 dated 12/10/22 | | | |

| EXH # | EXHIBIT DESCRIPTION | OBJ. | I.D. | ADM. |
|---|---|---|---|---|
| 29. | Order Vacating Final Order dated 12/12/22 (VR22-00182) | | | |
| 30. | Receipt Confirming Payment of Real Estate Taxes dated 10/16/22 and 10/19/22 (RE1) | | | |
| 31. | DC Water Petition dated 9/22/22 | | | |
| 32. | DC Water Release of Lien date 06/12/23 | | | |
| 33. | RE1 Interest payment Summary and WCP Screenshots | | | |
| 34. | Foreclosure Notice for 423 Kennedy dated 06/23/23 | | | |
| 35. | Foreclosure Notice for RE1 dated 06/23/23 | | | |
| 36. | HUD Settlement Statement for 423 Kennedy dated 3/31/22 | | | |
| 37. | Photos of 423 Kennedy | | | |
| 38. | Transcript from the Deposition of Daniel Huertas on 07/19/23 (to be filed after confidentiality objections are resolved). | | | |
| 39. | CL Group LLC Appraisal for 423 Kennedy dated 02/23/22 | | | |
| 40. | Cushman Appraisal for 423 Kennedy dated 11/3/22 | | | |
| 41. | Demand Letter sent to Russell Drazin dated July 12, 2023. | | | |

The Plaintiffs reserve all rights, including, without limitation, to: (i) further amend and/or supplement the exhibit list, including to add and/or remove documents at any time prior to the conclusion of the Hearing, as appropriate; (ii) use additional exhibits (a) for purposes of rebuttal, impeachment, or refreshing recollection, (b) in response to arguments, evidence, objections, filings, exhibits, or demonstratives of other parties, or (c) as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; and (iii) rely upon, and use as evidence, (a) any exhibits included on the exhibit lists of other parties and (b) any pleading, hearing transcript, order, or other document filed with the Court in this adversary proceeding, in the Consolidated Superior Court cases, or in the lead bankruptcy case (25-00200-ELG).

Designation of any document on the exhibit list does not waive any objection that the Plaintiffs may have if other parties seek to introduce into evidence any documents that the Plaintiffs have included on the exhibit list. The Plaintiffs reserve all rights to object to any document listed on any party's exhibit list. The Plaintiffs further reserve the right to use and rely upon demonstratives. By including a document on this exhibit list, the Plaintiffs do not agree or admit that a document or category of documents is admissible for any or all purposes or that the producing party has properly designated a document. The Plaintiffs reserve the right to object if other parties seek to introduce into evidence exhibits that the Plaintiffs have identified.

RESERVATION OF RIGHTS

The Plaintiffs reserve the right to introduce one or more, or none, of the Exhibits listed above. The Plaintiffs reserve the right to supplement, add to, subtract from, or otherwise amend this Exhibit List at any time prior to the conclusion of the Hearing. The Plaintiffs finally reserve their rights to argue that this Court should not be moving forward with the Hearing given the stay request, the bad faith filing by JPK NewCo, LLC, and given the prior posture of the Consolidated Superior Court cases at the time of removal.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 12, 2026

/s/ James D. Sadowski

James D. Sadowski (DC Bar #446635)
Alexandria J. Smith (DC Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Emails: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Plaintiffs Developer RE1 LLC and 423 Kennedy St Holdings LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this12th day of October, 2026, a true copy of the foregoing List of Exhibits was filed electronically and a Notice of Electronic Filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski