**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | |
| **JPK NEWCO, LLC**, | Case No.: 25-00200-ELG |
| *Debtor.* | Chapter 11 |
| **DEVELOPER RE1 LLC**, *et al.*, | Adv. Pro. No.: 25-10037-ELG |
| *Plaintiffs*, | |
| v. | |
| **DP CAPITAL LLC**, *et al.*, | |
| *Defendants*. | |

**WCP DEFENDANTS' WITNESS LIST**
**FOR PRELIMINARY INJUNCTION HEARING**

Defendants DP Capital LLC, WCP Fund I LLC, and Daniel Huertas (the "**WCP Defendants**") hereby submit the below list of witnesses they intend, or reserve the right, to call to testify at the preliminary injunction hearing set for October 19, 2026 at 10:00 AM:

1. Daniel Huertas
2. Rosana Cordova
3. Mel Negussie
4. Bala Sure

The WCP Defendants further reserve the right to call: (a) any witness called by another party or identified in another party's witness list; (b) any witness necessary for rebuttal or impeachment; (c) any witness necessary for the authentication or admissibility of any evidence; or (d) any other witness, as permitted by the Court.

Respectfully submitted,

*/s/ Steven J. Willner*

Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8594
Email: sjw@nqgrg.com

*/s/ Jeffrey S. Greenberg*

Jeffrey S. Greenberg (Bar ID: MD0134)
**ROSENBERG MARTIN GREENBERG, LLP**
25 S. Charles Street, 21st Floor
Baltimore, MD 21201
Telephone: (410) 727-6600
jgreenberg@rosenbergmartin.com

*Attorneys for the WCP Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 12th day of October 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

*/s/ Steven J. Willner*

Steven J. Willner (Bar No. 888230698)