**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**JPK NEWCO, LLC**,<br><br>*Debtor.* | Case No.: 25-00200-ELG<br><br>Chapter 11 |
| **DEVELOPER RE1 LLC**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DP CAPITAL LLC**, *et al.*,<br><br>*Defendants*. | Adv. Pro. No.: 25-10037-ELG |

**WCP DEFENDANTS' EXHIBIT LIST**
**FOR PRELIMINARY INJUNCTION HEARING**

Defendants DP Capital LLC, WCP Fund I LLC, and Daniel Huertas (the "**WCP Defendants**") hereby submit the below list of exhibits they intend, or reserve the right, to use at the preliminary injunction hearing set for October 19, 2026 at 10:00 AM:

| WCP EX. | EXHIBIT DESCRIPTION | OBJ. | I.D. | ADM. |
|---|---|---|---|---|
| A. | Recorded First Deed of Trust (RE1) | | | |
| B. | Recorded Second Deed of Trust (RE1) | | | |
| C. | Recorded First Deed of Trust (423 Kennedy) | | | |
| D. | Recorded Second Deed of Trust (423 Kennedy) | | | |
| E. | WCP Loan Payment History – RE1 1st Position Loan | | | |
| F. | WCP Loan Payment History – RE1 2nd Position Loan | | | |
| G. | WCP Loan Payment History – 423 1st Position Loan | | | |
| H. | WCP Loan Payment History – 423 2nd Position Loan | | | |

| WCP EX. | EXHIBIT DESCRIPTION | OBJ. | I.D. | ADM. |
|---|---|---|---|---|
| I. | WCP Email to Mel Negussie dated 12/8/2022, with attached Notices of Default and Default Payoff Statements | | | |
| J. | Recorded Certificate of Delinquent Water/Sewer Charges against RE1 dated 8/30/2022 | | | |
| K. | HUD-1 Settlement Statements for RE1 Loans | | | |
| L. | Recorded Certificate of Delinquent Fines against 423 Kennedy dated 11/17/2022 | | | |
| M. | 2026 Property Tax Bill for RE1 dated 8/4/2026 | | | |
| N. | MyTax DC Property Tax Summary for (RE1) printed 10/12/2026 | | | |
| O. | Tax Sale Notice for 423 Kennedy dated 9/2/2026 | | | |
| P. | 2026 Property Tax Bill for 423 Kennedy dated 8/4/2026 | | | |
| Q. | MyTax DC Property Tax Summary for 423 Kennedy printed 10/12/2026 | | | |
| R. | Email from Mel Negussie to 1Sharpe dated 4/20/2026 | | | |
| S. | Amended and Restated Limited Liability Company Operating Agreement of 423 Kennedy St Holdings LLC dated January 2020 | | | |
| T. | First Amended and Restated Operating Agreement of Developer RE1 LLC dated 12/31/2021 | | | |
| U. | MainStreet Bank Term Sheet to Developer RE1 LLC dated 10/24/2022 | | | |
| V. | MainStreet Bank Commitment Letter to 423 Kennedy St Holdings, LLC dated 1/19/2023 | | | |
| W. | Appraisal for RE1 Property dated 10/17/2021 | | | |
| X. | Real Estate Investment Track Record for Naveen Vavilala and Mel Negussie | | | |
| Y. | Text messages between Daniel Huertas and Mel Negussie, July–August 2022 | | | |

The WCP Defendants reserve all rights, including, without limitation, to: (i) further amend this exhibit list, as appropriate and permitted by the Court; (ii) use additional exhibits for purposes of rebuttal, impeachment, refreshing recollection, presenting evidence in the absence of a witness,

or in response to arguments, evidence, objections, filings, exhibits, or demonstratives of other parties; and (iii) rely upon, and use as evidence, any exhibits included on the exhibit lists of other parties or any pleading, hearing transcript, order, or other document filed with the Court in this adversary proceeding, in the Consolidated Superior Court cases, or the lead bankruptcy case.

Designation of any document on this exhibit list does not waive any objection that the WCP Defendants may have if other parties seek to introduce into evidence any documents that the WCP Defendants have included on this exhibit list. The WCP Defendants reserve all rights to object to any document listed on any party's exhibit list. The WCP Defendants further reserve the right to use and rely upon demonstratives. The WCP Defendants reserve the right to introduce one or more, or none, of the Exhibits listed above.

Respectfully submitted,

*/s/ Steven J. Willner*
Steven J. Willner (Bar No. 888230698)
**NEUBERGER QUINN GIELEN**
**RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8594
Email: sjw@nqgrg.com

*/s/ Jeffrey S. Greenberg*
Jeffrey S. Greenberg (Bar ID: MD0134)
**ROSENBERG MARTIN**
**GREENBERG, LLP**
25 S. Charles Street, 21st Floor
Baltimore, MD 21201
Telephone: (410) 727-6600
jgreenberg@rosenbergmartin.com

*Attorneys for the WCP Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 12th day of October 2026, a copy of the foregoing was served via ECF/CM upon all counsel of record.

*/s/ Steven J. Willner*
Steven J. Willner (Bar No. 888230698)