UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEVELOPER RE1, LLC. ET AL.,<br>*Plaintiffs,*<br>v.<br>DP CAPITAL, LLC, ET AL.,<br>*Defendants.* | Adv. Proc. No. 25-10037-ELG |

## PLAINTIIFFS' OBJECTIONS TO THE WCP DEFENDANTS' LIST OF EXHIBITS FOR PRELIMINARY INJUNCTION HEARING

Developer RE1 LLC ("RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy", and together with RE1, "Plaintiffs"), hereby file their Objections to the WCP Defendants' List of Exhibits for the preliminary injunction hearing pursuant to LBR 9070-1(a)(5):

OBJECTIONS

The Plaintiffs object to the following Exhibits on the WCP Defendants' Exhibit List for Preliminary Injunction Hearing (ECF # 40):

| EXH # | GROUNDS FOR OBJECTION | CASE LAW AND AUTHORITY[1] |
|---|---|---|
| E. | Competency, lack of personal knowledge; Hearsay, Hearsay within Hearsay, and lack of authentication. | FRE 601, 602, 801, 802, 803(6), 805, and 901 |
| F. | Competency, lack of personal knowledge; Hearsay, Hearsay within Hearsay, and lack of authentication | FRE 601, 602, 801, 802, 803(6), 805, and 901 |
| G. | Competency, lack of personal knowledge; Hearsay, Hearsay within Hearsay, and lack of authentication. | FRE 601, 602, 801, 802, 803(6), 805, and 901 |

[1] "FRE" refers to the Federal Rules of Evidence.

| EXH # | GROUNDS FOR OBJECTION | CASE LAW AND AUTHORITY[1] |
|---|---|---|
| H. | Competency, lack of personal knowledge; Hearsay, Hearsay within Hearsay, and lack of authentication. | FRE 601, 602, 801, 802, 803(6), 805, and 901 |
| X. | Competency, lack of personal knowledge; Hearsay, Hearsay within Hearsay, and lack of authentication. | FRE 601, 602, 801, 802, 803(6), 805, and 901 |

RESERVATION OF RIGHTS

The Plaintiffs reserve the right to raise additional objections at the hearing related to the Exhibits that have been objected to pursuant to the Federal Rules of Evidence. The Plaintiffs further reserve the right to raise additional objections at the hearing related to any modified exhibits produced by the WCP Defendants. The Plaintiffs finally continue to reserve their rights to argue that this Court should not be moving forward with the Hearing given the stay request, the bad faith filing by JPK NewCo, LLC, and given the prior posture of the Consolidated Superior Court cases at the time of removal.

WHEREFORE, the Plaintiffs request that the Court require the WCP Defendants to rebut the following objections and fully comply with the requirements of the Federal Rules of Evidence before any of the Exhibits that have been objected to are admitted into evidence or otherwise introduced at the hearing.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: October 15, 2026

/s/ James D. Sadowski

James D. Sadowski (DC Bar #446635)
Alexandria J. Smith (DC Bar #1781067)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax: (202) 452-1410
Emails: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Plaintiffs Developer RE1 LLC and 423 Kennedy St Holdings LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2026, a true copy of the foregoing Plaintiffs' Objections to the WCP Defendants' List of Exhibits for Preliminary Injunction Hearing was filed electronically and a Notice of Electronic Filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski