The order below is hereby signed.

Signed: October 21 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**JPK Newco LLC,**<br>**Debtor.** | **Bankr. Case No. 25-00200-ELG**<br>**Chapter 11** |
| **Developer RE1 LLC & 423 Kennedy St Holdings LLC,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**DP Capital LLC, *et al.*,**<br>**Defendants.** | **Bankr. Adv. Pro. 25-10037-ELG** |

## ORDER GRANTING MOTION TO DISSOLVE INJUNCTION

On October 19 and 21, 2026, the Court held a hearing (the "Hearing) on the *Motion to Dissolve Injunction* (the "Dissolution Motion") (ECF No. 20) filed by DP Capital LLC, Russell Drazin, Daniel Huertas, JPK NewCo LLC, SF Nu, LLC, and WCP Fund I LLC and the opposition thereto.

For the reasons stated on the record at the Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The Dissolution Motion (ECF No. 20) is **GRANTED**.

2) The effectiveness of this Order shall be stayed for a period of fourteen (14) days from the date of entry.

3) The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.