The order below is hereby signed.

Signed: October 21 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br>**JPK Newco LLC,**<br>**Debtor.** | **Bankr. Case No. 25-00200-ELG**<br>**Chapter 11** |
| **Developer RE1 LLC & 423 Kennedy St Holdings LLC,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**DP Capital LLC, *et al.*,**<br>**Defendants.** | **Bankr. Adv. Pro. 25-10037-ELG** |

**ORDER GRANTING MOTION TO DISSOLVE INJUNCTION**

On October 19 and 21, 2026, the Court held a hearing (the "Hearing) on the *Motion to Dissolve Injunction* (the "Dissolution Motion") (ECF No. 20) filed by DP Capital LLC, Russell Drazin, Daniel Huertas, JPK NewCo LLC, SF Nu, LLC, and WCP Fund I LLC and the opposition thereto.

For the reasons stated on the record at the Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) The Dissolution Motion (ECF No. 20) is **GRANTED**.

2) The effectiveness of this Order shall be stayed for a period of fourteen (14) days from the date of entry.

3) The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Parties who receive electronic notice.

United States Bankruptcy Court
District of Columbia

Developer RE1 LLC,
Plaintiff
DP Capital LLC,
Defendant

Adv. Proc. No. 25-10037-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2026 Form ID: pdf001 Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| pla | + | 423 Kennedy St Holdings LLC, 1629 K Street, NW, Suite 300, Washington, DC 20006-1631 |
| dft | + | Daniel Huertas, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| pla | + | Developer RE1 LLC, 1629 K Street NW, Suite 300, Washington, DC 20006-1631 |
| dft | + | JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |
| dft | + | Russell Drazin, Pardo Drazin LLC, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |
| dft | + | SF NU, LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| dft | + | WCP Fund I LLC, c/o Maurice B. VertSandig, Esq., The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665 Henderson, NV 89012-4422 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 31 2026 13:56:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 31 2026 13:51:18 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2026 13:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 31 2026 13:51:19 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 31 2026 13:56:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 31 2026 13:56:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 31 2026 13:56:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Maurice VerStandig |
| dft | | DP Capital LLC |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Jean Smith | on behalf of Plaintiff Developer RE1 LLC ajs@gdllaw.com rwl@gdllaw.com |
| Alexandria Jean Smith | on behalf of Plaintiff 423 Kennedy St Holdings LLC ajs@gdllaw.com rwl@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Plaintiff Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| Jeffrey Greenberg | on behalf of Defendant JPK NewCo LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant WCP Fund I LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant Daniel Huertas jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeffrey Greenberg | on behalf of Defendant DP Capital LLC jgreenberg@rosenbergmartin.com lfeigh@rosenbergmartin.com |
| Jeremy S. Williams | on behalf of Plaintiff Developer RE1 LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Jeremy S. Williams | on behalf of Plaintiff 423 Kennedy St Holdings LLC jeremy.williams@kutakrock.com lynda.wood@kutakrock.com;amanda.roberts@kutakrock.com;haley.magel@kutakrock.com |
| Maurice Belmont VerStandig | on behalf of Attorney Maurice VerStandig mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant SF NU LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

| | |
|---|---|
| | on behalf of Defendant Russell Drazin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Steven Jay Willner | on behalf of Defendant JPK NewCo LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant WCP Fund I LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant DP Capital LLC sjw@nqgrg.com |
| Steven Jay Willner | on behalf of Defendant Daniel Huertas sjw@nqgrg.com |

TOTAL: 17