**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Phone: (804) 644-1700
Fax: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (DC 446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>*Debtor*. | Case No.: 25-00200-ELG<br>Purported Chapter 11 |
| DEVELOPER RE1, LLC. ET AL.,<br><br>*Plaintiffs,*<br>v.<br>DP CAPITAL, LLC, ET AL.,<br><br>*Defendants.* | Adv. Proc. No. 25-10037-ELG |

# NOTICE OF APPEAL

## Part I: Identify the Appellants:

1. Name of appellants: Developer RE1, LLC and 423 Kennedy St Holdings, LLC

2. Position of appellants in the bankruptcy case that is subject of this appeal: Parties-in-interest / Plaintiffs.

## Part 2: Identify the Subject of this Appeal:

1. Describe the judgment, order, or decree appealed from: Order Granting Motion to Dissolve Injunction [Docket Entry No. 48].

2. State the date the judgment, order, or decree was entered: October 21, 2026 [Docket Entry No. 48].

**Part 3: Identify the Other Parties to this Appeal:**

| | | | |
|---|---|---|---|
| Party: | Defendant JPK NewCo, LLC | Attorney(s): | Jeffrey M. Orenstein, Esq.<br>15245 Shady Grove Road<br>Suite 465<br>Rockville, MD 20852<br>(301) 250-7232<br>JOrenstein@wolawgroup.com<br><br>Jeffrey S. Greenberg, Esq.<br>ROSENBERG MARTIN<br>GREENBERG, LLP<br>25 S. Charles Street, 21st Floor<br>Baltimore, MD 21201)<br>phone: (410) 727-6600<br>jgreenberg@rosenbergmartin.com<br>*Special Counsel* |
| Party: | Defendant DP Capital, LLC d/b/a Washington Capital Partners | Attorney: | Steven J. Willner, Esq.<br>NEUBERGER QUINN GIELEN<br>RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 332-8550<br>sjw@nqgrg.com |
| Party: | Defendant Daniel Huertas | Attorney: | Steven J. Willner, Esq.<br>NEUBERGER QUINN GIELEN<br>RUBIN & GIBBER, P.A.<br>One South Street, 27th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 332-8550<br>sjw@nqgrg.com |
| Party: | Defendant SFNU, LLC | Attorney: | Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |
| Party: | Defendant Russell Drazin | Attorney: | Maurice B. VerStandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy., #665<br>Henderson, NV 89012<br>(301) 444-4600<br>mac@mbvesq.com |

Party: Defendant Shaheen Sariri | Attorney: Kristen E. Burgers, Esq.
Hirschler
1676 International Drive, Suite 1350
Tysons, VA 22102-4940
(703) 584-8900
KBurgers@hirschlerlaw.com
*Counsel - Not of Record*

Dated: November 3, 2026

DEVELOPER RE1, LLC AND
423 KENNEDY ST HOLDINGS, LLC,

/s/ James D. Sadowski
James D. Sadowski (DC 446635)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Emails: jds@gdllaw.com;

and

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Fax: (804) 783-6192
Email: jeremy.williams@kutakrock.com

*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2026, a true copy of the foregoing Notice of Appeal should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski