IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JPK NEWCO, LLC,<br><br>*Debtor* | Case. No. 25-00200-ELG<br>Purported Chapter 11 |
| DEVELOPER RE1, LLC, AND<br>423 KENNEDY ST HOLDINGS, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>DP CAPITAL, LLC D/B/A WASHINGTON CAPITAL PARTNERS, ET AL.,<br><br>*Defendants,* | Adv. Proc. 25-10037-ELG |
| DEVELOPER RE1, LLC. ET AL.,<br><br>*Appellants,*<br><br>v.<br><br>JPK NEWCO, LLC, ET AL.,<br><br>*Appellees.* | Civil Action No.: 26-03920 (AHA) |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF THE ISSUE PRESENTED ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a)(1), Developer RE1, LLC and 423 Kennedy St Holdings, LLC ("Appellants"), by counsel, identify the following items to be included in the record on appeal:

I. Designation of Items to Be Included In the Record on Appeal.

| Item No. | Date | ECF No. | Document Description (all references are to Case No. 25-10037) |
|---|---|---|---|
| 1 | 09/01/25 | 1 | Notice of Removal |
| 2 | 04/23/26 | 20 | Motion to Dissolve Injunction |
| 3 | 05/08/26 | 21 | Plaintiff's Opposition to Motion to Dissolve Injunction |
| 4 | 05/13/26 | 22 | PDF with Audio File. Court Date & Time [05/13/2026 11:22:21 AM]. File Size [ 393 KB ]. Run Time [ 00:01:30] |
| 5 | 05/13/26 | 23 | PDF with Audio File. Court Date & Time [05/13/2026 11:53:27 AM]. File Size [ 8226 KB ]. Run Time [ 00:35:25 ]. |
| 6 | 06/14/26 | 27 | Motion to Withdraw as Attorney Filed by Maurice VerStandig. |
| 7 | 06/23/26 | 28 | Order Granting Motion To Withdraw As Counsel |
| 8 | 09/23/26 | 33 | Motion for Stays, for Entry of A Scheduling Order, and to Set an Evidentiary Hearing |
| 9 | 10/07/26 | 35 | Opposition to Motion for Stays, for Entry of A Scheduling Order, and to Set an Evidentiary Hearing |
| 10 | 10/12/26 | 36 | Plaintiffs’ List of Witnesses for the Preliminary Injunction Hearing |
| 11 | 10/12/26 | 38 | Plaintiffs’ List of Exhibits for the Preliminary Injunction Hearing |
| 12 | 10/12/26 | 39 | WCP Defendants’ Witness List for Preliminary Injunction Hearing |
| 13 | 10/12/26 | 40 | WCP Defendants’ Exhibit List for Preliminary Injunction Hearing |
| 14 | 10/14/26 | 41 | PDF with Audio File. Court Date & Time [10/14/2026 11:16:17 AM]. File Size [ 15234 KB ]. Run Time [ 01:05:55 ]. |
| 15 | 10/15/26 | 42 | Plaintiffs’ Objections to the WCP Defendants’ List of Exhibits for Preliminary Injunction Hearing |
| 16 | 10/15/26 | 43 | Minute Entry re: Hearing Continued to 10/19/2026 at 10:30 a.m. |
| 17 | 10/19/26 | 44 | Plaintiffs’ Supplemental Memorandum on the Burden of Proof for a Motion to Dissolve Injunction and Their Opposition to the Preliminary Injunction Hearing |
| 18 | 10/19/26 | 45 | PDF with Audio File. Court Date & Time [10/19/2026 10:45:08 AM]. File Size [ 50520 KB ]. Run Time [ 03:39:32 ]. |
| 19 | 10/21/26 | 47 | Plaintiffs’ List of Authorities for Motion to Dissolve Injunction Hearing |

| Item No. | Date | ECF No. | Document Description (all references are to Case No. 25-10037) |
|---|---|---|---|
| 20 | 10/21/26 | 48 | Order Granting Motion to Dissolve Injunction |
| 21 | 10/22/26 | 49 | PDF with Audio File. Court Date & Time [10/21/2026 10:10:30 AM]. File Size [ 38483 KB ]. Run Time [ 02:46:59 ]. |
| 22 | 11/03/26 | 54 | Notice of Appeal |
| 23 | 11/04/26 | 56 | Transmittal of the Notice of Appeal to District Court via email notification. Filing Fee Paid. |
| 24 | 10/19/26 | 57 | Transcript of Hearing Held on 10/21/2026. |
| 25 | 10/19/26 | 58 | Transcript of Hearing Held on 10/19/2026. |

II. Statement of Issue Presented On Appeal.

Whether the Bankruptcy Court erred when it granted the Motion to Dissolve Injunction.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: November 17, 2026

/s/ James D. Sadowski

James D. Sadowski (DC Bar #446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 452-1400 ext. 5407
Email: jds@gdllaw.com
*Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November, 2026, a true copy of Appellants' Designation of Items to be Included In the Record on Appeal and Statement of Issues Presented on Appeal was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

/s/ James D. Sadowski
James D. Sadowski